BEFORE THE THIRD DIVISION, JUNE 20, 1967

**No. P67/205.**—Lipper & Mann, Inc. *v.* United States, protests 61/8633, etc. (New York).

**No. P67/206.**—United China & Glass Co. *v.* United States, protest 63/21167–16995 (New Orleans).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiffs was sustained.